■ MICHAEL DiPILATO et al., Plaintiffs, v JOSEPH MARTINELLI et al., Defendants and Third-Party Plaintiffs-Appellants. GREEN POINT SAVINGS BANK et al., Third-Party Defendants; RIDGE ABSTRACT CORP., Third-Party Defendant-Respondent. [711 NYS2d 780] —In an action pursuant to RPAPL article 15 to determine claims to real property, the defendants third-party plaintiffs appeal from an order of the Supreme Court, Richmond County (Ponterio, J.), dated July 16, 1999, which granted the motion of the third-party defendant Ridge Abstract Corp., to dismiss the amended third-party complaint insofar as asserted against it as time-barred.

Ordered that the order is affirmed, with costs.

The Supreme Court properly determined that the cause of action interposed against the third-party defendant Ridge Abstract Corp., whether characterized as being based on negligence or implied indemnification, was barred by the relevant Statutes of Limitation (*see,* CPLR 213 [2]; 214 [5]; *Green Point Sav. Bank v Dan's Supreme Supermarket,* 199 AD2d 304; *see also, Cecala v Title Guar. Co.,* 45 Misc 2d 986; *Hansen v City of New York,* 43 Misc 2d 1048). Joy, J. P., Friedmann, Krausman and H. Miller, JJ., concur.